**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6309**
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

HENRY MCKINLEY SCOTT,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:18-cr-00054-RGD-LRL-1)

_____

Submitted:  October 20, 2022                     Decided:  October 24, 2022

_____

Before NIEMEYER, AGEE, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Henry McKinley Scott, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry McKinley Scott, a federal inmate, appeals the district court's order denying his motion for compassionate release and a reduced Sentencing Guidelines range under the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194.  We have reviewed the record and the district court's order and affirm.  *United States v. Scott*, No. 2:18-cr-00054-RGD-LRL-1 (E.D. Va. Feb. 10, 2022).  We also deny Scott's motion and supplemental motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*